U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>PORTOLA PACKAGING, INC.<br>v.<br>CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC. | Case Number:<br>Filed:: APRIL 16, 2008<br>08CV2183 J. N.<br>JUDGE PALLMEYER<br>MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Portola Packaging, Inc.

| |
|---|
| NAME (Type or print)<br>Anthony C. Valiulis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony C. Valiulis |
| FIRM<br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02883007 | TELEPHONE NUMBER<br>(312) 521-2000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |