## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PORTOLA PACKAGING, INC. | Filed:: APRIL 16, 2008 |
| v. | 08CV2183 J. N. |
| CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC. | JUDGE PALLMEYER |
| | MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Portola Packaging, Inc.

| NAME (Type or print) |
|---|
| James P. Hanrath |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ James P. Hanrath |

| FIRM |
|---|
| MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |

| STREET ADDRESS |
|---|
| 191 North Wacker Drive, Suite 1800 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3123374 | (312) 521-2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐