IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTOLA PACKAGING, INC, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CLOSURES, LLC, and WEENER PLASTICS, INC. <br><br> Defendants. | Filed:: APRIL 16, 2008 <br> No. 08CV2183 J. N. <br> Judge JUDGE PALLMEYER <br> Magistrate <br> MAG. JUDGE COLE <br> JURY DEMANDED |

## PLAINTIFF PORTOLA PACKAGING, INC.'S LOCAL RULE 3.2 STATEMENT

Plaintiff Portola Packaging, Inc. ("Portola"), by its attorneys, hereby makes these disclosures pursuant to Local Rule 3.2.

Portola has no parent corporation to report. The following companies and individuals own ten percent or more of Portola's stock: J.P. Morgan Partners; Suez Equity Investors LP; and Jack Watts.

Respectively submitted April 16, 2008.

Plaintiff Portola Packaging, Inc, Plaintiff

By:/s/___Anthony C. Valiulis_____
One of Its Attorneys

Anthony C. Valiulis
James P. Hanrath
John H. Ward
**MUCH SHELIST DENENBERG
   AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000