IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTOLA PACKAGING, INC, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CLOSURES, LLC, and WEENER PLASTICS, INC. <br><br> Defendants. | Filed:: APRIL 16, 2008 <br> No.   08CV2183 J. N. <br> Judge   JUDGE PALLMEYER <br> Magistrate   MAG. JUDGE COLE <br><br> JURY DEMANDED |

## NOTICE OF CLAIM INVOLVING A U.S. PATENT

Pursuant to Local Rule 3.4 for the U.S. District Court for the Northern District of Illinois, and 35 U.S.C. § 290, Plaintiff, Portola Packaging, Inc., hereby provides a Notice of Claim Involving U.S. Patent No. 5,370,270.

Pursuant to 35 U.S.C. § 290, the following information is required to be provided to the Commissioner of Patents by the Clerk of the Court:

**The Parties:**

**Plaintiff:**

Portola Packaging, Inc.
951 Douglas Road
Batavia, Illinois 60510

**Defendants:**

Continental Closures, LLC
152 Himmelein Rd., Suite 600
Medford, New Jersey 08055

Weener Plastics, Inc.
2201 Stantonsburg Road, SE,
Wilson, North Carolina 27893

| | |
|---|---|
| **U.S. Patent No.:** | **Inventors:** |
| 5,370,270 entitled "NON-SPILL BOTTLE CAP USED WITH WATER DISPENSERS" issued December 6, 1994 | Brian M. Adams<br>Daniel Luch |

Respectfully submitted April 16, 2008.

**Plaintiff Portola Packaging, Inc, Plaintiff**

By:/s/   **Anthony C. Valiulis**
     **One of Its Attorneys**

Anthony C. Valiulis
James P. Hanrath
John H. Ward
**MUCH SHELIST DENENBERG
   AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

2