## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2183                    Assigned/Issued By: J.N.

Judge Name: PALLMEYER              Designated Magistrate Judge: COLE

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____               Receipt #: 2700793_____

Date Payment Rec'd: 4-16-08_____    Fiscal Clerk: J. N._____

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____                      ☐ Other
   *(Type of Writ)*                    _____
                                       _____
                                       *(Type of issuance)*

2__ Original and 0__ copies on 4-17-08__ as to ALL DEFENDANTS__
                              *(Date)*