UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PORTOLA PACKAGING, INC.<br><br>      **Plaintiff,**<br><br>v.<br><br>CONTINENTAL CLOSURES, LLC<br>and WEENER PLASTICS, INC.<br><br>      **Defendants.** | Case No. 08cv-2183<br><br>Judge Rebecca Pallmeyer<br><br>FILED<br>JUN 13 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD UNTIL JULY 17, 2008

DEFENDANTS CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC. move the Court for an Order Extending Time to Answer or otherwise plead for thirty days to July 17, 2008 (current due date is June 17, 2008) on the grounds that the parties are productively pursuing settlement and additional time is necessary to properly investigate and answer the patent infringement claims.

Plaintiff's counsel has advised that PLAINTIFF does not oppose this motion. This is the first request for an extension on this patent infringement case for which responsive pleadings were due on June 17, 2008.

                                              Respectfully submitted,

                                              THE ECLIPSE GROUP LLP

Dated: June 13, 2008

Enrique Perez                               Gregory B. Gulliver
THE ECLIPSE GROUP LLP               Attorneys for Defendants
100 Tri-State International             Continental Closures, LLC and
Suite 128                                         Weener Plastics, Inc.
Lincolnshire, IL 60069
Phone: (847) 282-3550
Fax: (847)574-8035
ep@eclipsegrp.com

2