UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTOLA PACKAGING, INC. | Case No. 08cv-2183 |
| Plaintiff, | |
| v. | Judge Rebecca Pallmeyer |
| CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC. | |
| Defendants. | |

FILED
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **June 17, 2008 at 8:45 am** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Rebecca R. Pallmeyer, Courtroom 2119**, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall than and there present the **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD UNTIL JULY 17, 2008** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

1

                                      Respectfully submitted,

                                      THE ECLIPSE GROUP LLP

Dated:  June 13, 2008 _____

                                      Gregory B. Gulliver, Esq.

Enrique Perez
THE ECLIPSE GROUP LLP
100 Tri-State International
Suite 128
Lincolnshire, IL 60069
Phone: (847)282-3550
Fax: (847)574-8035
eperez@eclipsegrp.com

Attorneys for Defendants
Continental Closures, LLC and
Weener Plastics, Inc.

Edward F. O'Connor
O'Connor Christensen and McLaughlin
1920 Main Street
Suite 150
Irvine, California 92614
Phone:  (949) 851-5000
Fax:  (949) 851-5051
efo@eclipsegrp.com

## CERTIFICATE OF SERVICE

  Gregory B. Gulliver certifies that he caused to be served a true copy of the above and foregoing notice upon the attached Service List in the manner indicated on **June 13, 2008.**

_____
Gregory B. Gulliver

**VIA U.S. MAIL & FACSIMILE**
Anthony C. Valiulis
James P. Hanrath
John H. Ward
MUCH SHELIST DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2000
Fax: (312) 521-2100