**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08CV2183

PORTOLA PACKAGING, INC.
   v.
CONTINENTAL CLOSURES, LLC and
WEENER PLASTICS, INC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC

**FILED**
**JUNE 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |  |
|---|---|
| Enrique Perez |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ ED | |
| FIRM | |
| The Eclipse Group LLP | |
| STREET ADDRESS | |
| 100 Tri-State International, Suite 128 | |
| CITY/STATE/ZIP | |
| Lincolnshire, IL 60069 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6230026 | 847-282-3552 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |