U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08CV2183
PORTOLA PACKAGING, INC.
    v.
CONTINENTAL CLOSURES, LLC and
WEENER PLASTICS, INC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONTINENTAL CLOSURES, LLC and WEENER PLASTICS, INC

**FILED**
**JUNE 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Gregory B. Gulliver |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Gregory B. Gulliver |
| FIRM |
| The Eclipse Group LLP |
| STREET ADDRESS |
| 100 Tri-State International, Suite 128 |
| CITY/STATE/ZIP |
| Lincolnshire, IL 60069 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244525 | 847-282-3551 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

FILED
JUN 13 2008
6-13-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT