IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTOLA PACKAGING, INC, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CLOSURES, LLC, and <br> WEENER PLASTICS, INC. <br><br> Defendants. | No. 08 cv 2183 <br><br> Judge Pallmeyer <br> Magistrate Judge Cole |

**AMENDED**
**STIPULATION OF DISMISSAL**

The Court having jurisdiction over this matter and over the parties, and in accordance with the Settlement Agreement dated July 23, 2008, it is hereby stipulated by all of the parties to the case that the claims and counterclaims, if any, in the above-captioned case should be dismissed with prejudice, each side paying its own costs and attorney fees.

Attorney for Portola Packaging Inc.

By: /s/ Anthony C. Valiulis
Anthony C. Valiulis
Much Shelist Denenberg Ament &
Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL. 60606-1615
Dated 8/1/08

Attorney for Continental Closures LLC and
Weener Plastics, Inc.

By: /s/ Edward F. O'Connor
Edward F. O'Connor
The Eclipse Group LLC
1920 Main Street, Suite 150
Irvine, California 92614
Dated 8/1/08

**SO ORDERED:**

_____
Judge Rebecca Pallmeyer
Date:_____