# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2183 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Portola Packaging, Inc vs. Continental Closures, LLC, et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed with prejudice, each side paying its own costs and attorney fees.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|